# EXHIBIT "2"

Civil Records

**LOUIS J. PERRET**
**Clerk of Court, Lafayette Parish**
**P. O. BOX 2009**
**LAFAYETTE, LA  70502**
**Telephone: (337) 291-6303   Fax: (337) 291-6392**

| | |
|---|---|
| **STATE OF LOUISIANA** | **OFFICE OF THE CLERK OF COURT** |
| **PARISH OF LAFAYETTE** | **15TH JUDICIAL DISTRICT COURT** |

I, Deborah Duplechin, Deputy Clerk of Court, in and for the Parish of Lafayette, State of Louisiana, do hereby certify that the attached documents are true and correct copies from the civil suit entitled:

**PROGRESSIVE HEALTHCARE**
**SOLUTIONS LLC**

**VS**                                                                **DOCKET NUMBER: C-20175504 B**

**UNITED HEALTHCARE SERVICES LLC,**
**ET AL**

Consisting of 18 pages, the original of which documents are on file in the Lafayette Parish Clerk of Court Office.

Lafayette, Louisiana, this OCTOBER 31, 2017.

_____
Deborah Duplechin, Deputy Clerk of Court
Lafayette Parish

DEP
$425.00
SSP


47950068

### 15TH JUDICIAL DISTRICT COURT FOR LAFAYETTE PARISH, STATE OF LOUISIANA

2017 5504 B

### PROGRESSIVE HEALTHCARE SOLUTIONS, LLC

v.

### UNITED HEALTHCARE SERVICES, INC. AND BRIAN EASLEY

NO.          DIVISION          SSP

*******************************************************************

### PETITION FOR DAMAGES

### DIV. "B"

NOW COMES plaintiff, Progressive Healthcare Solutions, LLC (hereinafter "Progressive"), through undersigned counsel, to bring its Petition for Damages for the following reasons:

### PARTIES

**1.**

Plaintiff, Progressive, is a limited liability company organized under and by virtue of the laws of the State of Louisiana with its principal place of business in Lafayette, Louisiana. Progressive is a vendor of medical hardware such as plates and screws which are surgically implanted to address a patient's spinal instability and pain.

**2.**

Defendant, United Healthcare Services, LLC (hereinafter "United Healthcare"), is a foreign health insurance company doing business within the jurisdiction of this Honorable Court with its principal place of business in Minnetonka, Minnesota.

**3.**

Defendant, Brian Easley, is a person of the age of majority and a resident of New Iberia, Louisiana.

2017 SEP 25 AM 10: 59
CLERK OF COURT
LAFAYETTE PARISH, LA.

STAMPED COPY GIVEN

**FACTS**

**4.**

Dr. Illyas Munshi is a neurosurgeon with his practice in Lafayette, Louisiana. Brian Easley is a former patient of Dr. Munshi. Dr. Munshi determined in or about December 2016 that Brian Easley required spinal surgery in the form of a discectomy to remove pressure from the cervical spine, a procedure which included the implantation of medical hardware provided by plaintiff, Progressive.

**3.**

Brian Easley, at all material times, had medical health insurance with defendant, United Healthcare. Dr. Munshi contacted and received written confirmation from Brian Easley's health insurer, defendant United Healthcare, that Mr. Easley had coverage under his United Healthcare policy for the surgery recommended by Dr. Munshi, including the use of medical hardware provided by Progressive.

**4.**

Dr. Munshi performed cervical surgery on defendant, Brian Easley, with implantation of plaintiff Progressive's medical hardware on December 12, 2016. Progressive submitted invoices to defendant, United Healthcare, for the medical hardware surgically implanted in its insured, Brian Easley, in the amount of $49,425.00.

**5.**

Defendant, United Healthcare, initially delayed and/or denied payment to plaintiff, Progressive, for the medical hardware used in defendant Brian Easley's surgery. United Healthcare offered a variety of reasons not to pay Progressive, including claiming that an authorization number United Healthcare had given Progressive had been "cancelled",

that Progressive's claim was "under review", that the "code" under which Progressive's claims was submitted had changed. United Health subsequently again denied payment for Progressive's invoice, claiming Progressive was the wrong, "place of service". After months more of "review" of Progressive's invoice for the medical hardware United Healthcare had authorized prior to surgery, United Healthcare finally approved payment of Progressive's invoice in July 2017.

**6.**

Progressive requested that United Healthcare send payment for its medical hardware directly to Progressive. However, United Healthcare refused to do so and insisted upon sending the payment for the Progressive medical hardware to defendant Brian Easley, the United Healthcare insured.

**7.**

Progressive contacted Brian Easley and informed him of the forgoing. Progressive requested and Brian Easley agreed to sign an assignment of the United Healthcare payment for Progressive's medical plate and screws used in Brian Easley's surgery, a true copy of which is attached hereto. Progressive informed United Healthcare that Brian Easley assigned the $49,425.00 payment for Progressive's hardware prior to United Healthcare's payment of such sum to Brian Easley.

**8.**

Despite defendant Brian Easley's assignment of the United Healthcare's $49,425.00 payment to Progressive for Progressive's medical hardware, Brian Easley did not give Progressive such funds. Instead, in late June 2017, Brian Easley cashed the United Healthcare check intended for Progressive and converted such funds for his own use.

**9.**

Defendant, Brian Easley, is liable to Progressive for the sum of $49,425.00, plus interest, costs and attorney's fees.

**10.**

Defendant, United Healthcare, is likewise liable to Progressive for $49,425.00 converted by its insured, Brian Easley. United Healthcare knew that its insured, Brian Easley, assigned those funds to Progressive prior to making payment directly to Brian Easley. United Healthcare's debt to Progressive was therefore not discharged by payment to its insured, Brian Easley, and remains due and owed to Progressive.

**WHEREFORE**, Progressive Healthcare Solutions, LLC prays that this Court find defendants, United Healthcare Services, Inc. and Brian Easley, jointly and severally liable to plaintiff in the amount of $49,425.00, plus interest, costs and attorneys' fees, as well as all such further relief as this Court may deem just.

Respectfully submitted,

_____
Mark L. Ross Bar no. 11477
600 Jefferson Street, Suite 512
Lafayette, Louisiana 70501
Tele: (337) 266-2345
Fax: (337) 266-2346
Attorney for plaintiff, Progressive
Healthcare Solutions, LLC

**PLEASE SERVE**

United Healthcare Services. Inc.
Through its registered agent for service of process:
CT Corporation System
5615 Corporate Blvd, Suite 400B
Baton Rouge, La. 70808

FILED THIS 25
DAY OF Sept, 2017
Deputy Clerk of Court

Mr. Brian Easley
4017 South Lewis Street
New Iberia, La. 70560


47950100

# Progressive Healthcare Solutions

P.O. Box 82510  
Lafayette, LA 70598

Phone: 337-266-5482  
Fax: 337-504-5641 or 337-267-3293

## Assignment of Benefits Form

Patient Name: __Brian Easley__  Date: __2-6-17__

I, __Brian Easley__, understand that services rendered to me by Progressive Healthcare are my financial responsibility and that the provider will bill my insurance company as a courtesy. I authorize my insurance company to pay my benefits directly to Progressive Healthcare and I understand that I will be fully responsible for any outstanding balance on my account. THIS IS A DIRECT ASSIGNMENT OF MY RIGHTS AND BENEFITS UNDER THIS POLICY. This payment will not exceed my indebtedness to the above-mentioned assignee and I have agreed to pay, in a current manner, any balance of said professional service charges over and above this insurance payment.

I have been given the opportunity to pay my estimated deductible and co-insurance at the time of service. I have chosen to assign the benefits, knowing that the claim must be paid within all state or federal prompt payment guidelines. I will provide all relevant and accurate information to facilitate the prompt payment of the claim by my insurance carrier.

I authorize the provider to release any information necessary to adjudicate the claim, and understand that there may be associated costs for providing information beyond what is necessary for the adjudication of a clean claim.

I also understand that should my insurance send payment to me, I will forward the payment to Progressive Healthcare within 48 hours. I agree that if I fail to send the payment to the Provider and they are forced to proceed with the collections process; I will be responsible for any cost incurred by the office to retrieve their monies. In the event patient receives any check, draft or other payment subject to this agreement, I will immediately deliver said check, draft or payment to provider. Any violations of this agreement will, at provider's election, terminate patient charge privileges with provider and bring any balance owed by patient to provider immediately due and payable.

To avoid this additional cost and inconvenience, should the insurance company forward payment to me, I authorize Progressive Healthcare to facilitate payment utilizing the credit card number on file to resolve the balance. A photocopy of this assignment shall be considered as effective and valid as the original.

I authorize the provider to initiate a complaint or file appeal to the insurance commissioner or any payer authority for any reason on my behalf and I personally will be active in the resolution of claims delay or unjustified reductions or denials.

Dated: __2-6-17__  Witness: __E. Tuck__  
Signature of Policyholder, Patient or Guardian: __Bri K. Easl__

FILED THIS __025__  
DAY OF __Sept__, 20 __17__

_____  
Deputy Clerk of Court


47509609

**LOUIS J. PERRET**
**Clerk of Court, Lafayette Parish**
**P. O. BOX 2009**
**LAFAYETTE, LA 70502**
**Telephone: (337) 291-6400**

**SEPTEMBER 27, 2017**

MARK L ROSS
600 JEFFERSON STREET, SUITE 501
LAFAYETTE, LA 70501

        RE:    PROGRESSIVE HEALTHCARE SOLUTIONS LLC
                    VS
                    UNITED HEALTHCARE SERVICES LLC, ET AL
                    DOCKET NUMBER: C-20175504 B

Dear Sir or Madam:

In accordance with LA R.S. 13:4688, when a suit has been filed in State District Court for damages arising from an offense or quasi-offense, you are required to complete attached reporting form from the Supreme Court of Louisiana.

Please return the attached reporting form immediately to the Lafayette Parish Clerk of Court Office for further processing.

Should you have any questions concerning this matter, please do not hesitate to contact us.

                                      Sincerely,

                                      Deputy Clerk of Court
                                      Lafayette Parish

||| |||||||||||||||||||||||||| |||
48083547

2017 OCT -4 AM 7:30

**MARK L. ROSS**
**600 Jefferson Street, Suite 512**
**Lafayette, La. 70501**
**(337) 266-2345**
**Fax: (337) 266-2346**
**Email: mlross1@bellsouth.net**

October 2, 2017

Mr. Louis Perret
Clerk of Court, Lafayette Parish
P.O. Box 2009
Lafayette, La. 70502

    Re:  Progressive Healthcare Solutions, LLC
       v. United Healthcare Services, LLC
       Docket No. C20175504B

Dear Clerk of Court:

    Please find enclosed the Louisiana Civil Case Reporting form submitted by Petitioner in the above captioned proceeding.

                                  Sincerely,

                                  Mark L. Ross



LAFPC.CV.48179550
cc_etwescott

Ordered by Atty.: MARK L. ROSS

# CITATION

| PROGRESSIVE HEALTHCARE SOLUTIONS LLC | FIFTEENTH JUDICIAL DISTRICT COURT |
|---|---|
| VS | DOCKET NUMBER: C-20175504 B |
| UNITED HEALTHCARE SERVICES LLC, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

**STATE OF LOUISIANA**

TO: MR. BRIAN EASLEY
4017 SOUTH LEWIS STREET
NEW IBERIA, LA 70560

of the Parish of IBERIA

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this SEPTEMBER 27, 2017.

_____
Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:
CC: ATTACHMENT

---

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE     MOVED ( )     NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____   MILEAGE $_____   TOTAL $_____
DEPUTY _____



LAFPC.CV.48179550
cc_etwescott

Ordered by Atty.: MARK L. ROSS

# CITATION

**PROGRESSIVE HEALTHCARE SOLUTIONS LLC**

**FIFTEENTH JUDICIAL DISTRICT COURT**

**VS**

**DOCKET NUMBER: C-20175504 B**

**UNITED HEALTHCARE SERVICES LLC, ET AL**

**PARISH OF LAFAYETTE, LOUISIANA**

---

**STATE OF LOUISIANA**

**TO:** MR. BRIAN EASLEY
4017 SOUTH LEWIS STREET
NEW IBERIA, LA 70560

of the Parish of IBERIA

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
Witness the Honorable Judges of said Court, this SEPTEMBER 27, 2017.

_Elizabeth J Wescott_
Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:
**CC: ATTACHMENT**

---

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: 10/2/17, 2017 TIME: 10:35
SERVED: Brian Easley
PERSONAL ( )
DOMICILIARY (✓) ON Emily Easley
UNABLE TO LOCATE    MOVED ( )    NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $ _____  MILEAGE $ _____  TOTAL $ _____
DEPUTY _____ 814

2017 SEP 29 PM 12:37

Lafayette Parish Clerk of Court
Filed This Day

OCT 1 2 2017

By Clerk of Court

Iberia Parish Sheriff Department
300 Iberia Street, Suite 120
New Iberia, LA 70560

**INVOICE**

| | |
|---|---|
| Phone Number | (337) 369-3714 |
| Fax Number | (337) 364-8406 |

| | |
|---|---|
| Invoice Date | 10/9/2017 |
| Invoice Number | 200815985 |

Bill To

Lafayette Parish Clerk of Court
P.O. Box 2009
Lafayette, La 70502

| Qty | Service Provided | Docket Number | Person Served | Price Each | Amount |
|---|---|---|---|---|---|
| 1 | Subpoena | C-20154100 F | DR. G. DOUGLAS SAGRERA, M.D. | 35.00 | 35.00 |
| 1 | Notice | C-20170038 L2 | JEAN PAUL SAVOIE | 15.00 | 15.00 |
| 1 | Notice of Judgment | C-20174160 M2 | TIFFANY JAMES | 35.00 | 35.00 |
| 1 | Subpoena For Deposition | C-20170646 J | MR. LOGAN TURNER | 35.00 | 35.00 |
| 1 | Subpoena For Deposition | C-20170646 J | MR. LOGAN TURNER | 35.00 | 35.00 |
| 1 | Subpoena Duces Tecum for ... | C-20160813 E | DR. ROBERT LAHASKY | 35.00 | 35.00 |
| 1 | Subpoena Duces Tecum for ... | C-20160813 E | IBERIA MEDICAL CENTER | 35.00 | 35.00 |
| 1 | Subpoena Duces Tecum for ... | C-20160813 E | DAUTERIVE HOSPITAL | 35.00 | 35.00 |
| 1 | Citation | C-20174558 E | RODNEY JOSEPH | 35.00 | 35.00 |
| 1 | Citation | C-20174558 E | DARLENE VOORHI JOSEPH | 35.00 | 35.00 |
| 1 | Subpoena Duces Tecum for ... | C-20160813 E | REHAB XCEL OF NEW IBERIA | 35.00 | 35.00 |
| 1 | Subpoena Duces Tecum for ... | C-20152686 G | IBERIA THERAPY SERVICES | 35.00 | 35.00 |
| 1 | Notice of Judgment | C-20173793 C1 | MEGAN NICOLE ABSHIRE | 15.00 | 15.00 |
| 1 | Citation | C-20175310 L | AUTHENTIC CONCRETE OF ACADIAN | 15.00 | 15.00 |
| 1 | Citation | C-20175504 B | MR. BRIAN EASLEY | 35.00 | 35.00 |
| 1 | Subpoena Duces Tecum | 2014-2360-G | IBERIA COMP. HEALTH CENTER | 35.00 | 35.00 |
| 1 | Rule NISI | C-20174496 C | CHARLES R. STEED | 15.00 | 15.00 |

Please remit to above address with copy of invoice.
THANK YOU!

**Total** $3,185.00

Iberia Parish Sheriff Department
300 Iberia Street, Suite 120
New Iberia, LA 70560

**INVOICE**

| | |
|---|---|
| Phone Number | (337) 369-3714 |
| Fax Number | (337) 364-8406 |

| | |
|---|---|
| Invoice Date | 10/9/2017 |
| Invoice Number | 200815985 |

Bill To

Lafayette Parish Clerk of Court
P.O. Box 2009
Lafayette, La 70502

| Qty | Service Provided | Docket Number | Person Served | Price Each | Amount |
|---|---|---|---|---|---|
| 1 | Subpoena | 2016-CR-158029 | CHRISTOPHER PAUL LOUVIERE | 15.00 | 15.00 |
| 1 | Citation | C-20170831 L | JEREMY AUGUST | 15.00 | 15.00 |
| 1 | Citation | C-20104377 B | RAYMOND L. MARIE | 35.00 | 35.00 |
| 1 | Subpoena | C-20150683 K | STEPHEN MINVIELLE | 35.00 | 35.00 |
| 1 | Civil Subpoena | C-20142116 H3 | HERASHIO BRENT HAWKINS | 15.00 | 15.00 |
| 1 | Writ of Execution | C-20171655 E | GERI BROWN | 50.00 | 50.00 |
| 1 | Subpoena Duces Tecum | C-20142362 E | JOSEPH BOZZELLE, JR., M.D. | 35.00 | 35.00 |
| 1 | Subpoena | C-20142362 E | JOSEPH BOZZELLE, JR., M.D. | 20.00 | 20.00 |
| 1 | Special Citation | C-20151152 F | MICHAEL D. LOPRESTO | 35.00 | 35.00 |
| 1 | Rule NISI | C-20174120 M1 | RONLEE DAVIS SEGURA | 15.00 | 15.00 |
| 1 | Civil Rule | C-20153119 H2 | ALTON JOHN BERGERON | 15.00 | 15.00 |
| 1 | Civil Rule | C-20096228 M1 | MELISSA LYNN DESHOTELS | 35.00 | 35.00 |
| 1 | Special Citation | C-20096228 M1 | MELISSA LYNN DESHOTELS | 20.00 | 20.00 |
| 1 | Civil Subpoena Duces Tecum | C-20096228 M1 | MELISSA LYNN DESHOTELS | 20.00 | 20.00 |
| 1 | Civil Rule | C-20165131 M1 | KERRY JAMES VINCENT | 35.00 | 35.00 |
| 1 | Special Citation | C-20165131M1 | KERRY JAMES VINCENT | 20.00 | 20.00 |
| 1 | Civil Subpoena Duces Tecum | C-20165131 M1 | KERRY JAMES VINCENT | 20.00 | 20.00 |
| 1 | Civil Rule | C-20132212 M2 | NICHOLAS RYAN GUIDRY | 35.00 | 35.00 |
| 1 | Temporary Restraining Order | C-20174268 J3 | JEFFREY ALAN DEMPSEY | 35.00 | 35.00 |
| 1 | Rule NISI | C-20174268 J3 | JEFFREY ALAN DEMPSEY | 20.00 | 20.00 |
| 1 | Citation | C-20174254 F | BRIEANA ANDERSON | 15.00 | 15.00 |
| 1 | Citation | C-20174036 B | LACY L. BROUSSARD | 15.00 | 15.00 |

Please remit to above address with copy of invoice.
THANK YOU!

**Total**

Page 1

Iberia Parish Sheriff Department
300 Iberia Street, Suite 120
New Iberia, LA 70560

**INVOICE**

| Phone Number | (337) 369-3714 |
| Fax Number | (337) 364-8406 |

| Invoice Date | 10/9/2017 |
| Invoice Number | 200815985 |

Bill To

Lafayette Parish Clerk of Court
P.O. Box 2009
Lafayette, La 70502

| Qty | Service Provided | Docket Number | Person Served | Price Each | Amount |
|---|---|---|---|---|---|
| 1 | Rule NISI | C-20173852 M3 | LA'TRESSA BOLONEY | 15.00 | 15.00 |
| 1 | Notice of Judgment | C-20173729 E | TIARA F. WILES | 15.00 | 15.00 |
| 1 | CIVIL NOTICE OF JUDG... | C-20093229 M3 | JON MICHAEL GIBSON | 15.00 | 15.00 |
| 1 | Citation | C-20104377 B | LAFAYETTE SURGICAL HOSPITAL | 35.00 | 35.00 |
| 1 | Special Citation | C-20130938 M1 | KAMIN HESS | 35.00 | 35.00 |
| 1 | Citation | C-20174193 A | COREY G. PERRY, JR. | 35.00 | 35.00 |
| 1 | Subpoena | C-20142362 E | DR. DOUGLAS BERNARD | 35.00 | 35.00 |
| 1 | Rule NISI | C-20144687 J | DR. DOUGLAS BERNARD | 35.00 | 35.00 |
| 1 | Citation Clerk's Docket | C-20173745 | CARL J. MATURIN JR. | 15.00 | 15.00 |
| 1 | Citation | C-20174853 B | TRAYLON VITAL | 35.00 | 35.00 |
| 1 | CIVIL NOTICE OF JUDG... | C-20097104 M1 | PHILIP M. RACCA | 35.00 | 35.00 |
| 1 | Citation | C-20174854 D | KATHY HUVAL | 35.00 | 35.00 |
| 1 | Citation | C-20174909 D | CHARLES FRANCIS, JR. | 35.00 | 35.00 |
| 1 | Temporary Restraining Order | C-20174160 M2 | TIFFANY JAMES | 15.00 | 15.00 |
| 1 | Civil Rule | C-20076138 H3 | RACHELLE FORESTIER | 35.00 | 35.00 |
| 1 | Citation | C-20172716 D | KEVIN SCOTT | 35.00 | 35.00 |
| 1 | Judgment Debtor Rule | C-20165651 D | UNITED FIRE & SAFETY, LLC | 35.00 | 35.00 |
| 1 | Citation | C-20174489 C | ALICIA JOHNSON BUTLER | 35.00 | 35.00 |
| 1 | Subpoena Duces Tecum | C-2017-2402 M2 | CHART ENERGY & CHEMICALS, INC | 35.00 | 35.00 |
| 1 | Citation | C-20172031 L2 | EDWARD P. BREAUX | 35.00 | 35.00 |
| 1 | Temporary Restraining Order | C-20174351 C1 | BRANDON J. FORD | 15.00 | 15.00 |
| 1 | Rule NISI | C-20154037 M2 | LINDSEY PORTER, JR. | 35.00 | 35.00 |
| 1 | Rule NISI | C-20154037 M2 | LINDSEY PORTER, JR. | 35.00 | 35.00 |
| 1 | Notice of Judgment | C-20174394 M2 | PAUL JOSEPH POIRRIER | 35.00 | 35.00 |
| 1 | Temporary Restraining Order | C-20174921 H2 | BRIAN J. LANDRY | 15.00 | 15.00 |
| 1 | Rule NISI | C-20171679 A | TIFFNEY G. BOUDREAUX, ET AL | 35.00 | 35.00 |

Please remit to above address with copy of invoice.
THANK YOU!

**Total**

Iberia Parish Sheriff Department
300 Iberia Street, Suite 120
New Iberia, LA 70560

**INVOICE**

| | | | |
|---|---|---|---|
| Phone Number | (337) 369-3714 | Invoice Date | 10/9/2017 |
| Fax Number | (337) 364-8406 | Invoice Number | 200815985 |

Bill To

Lafayette Parish Clerk of Court
P.O. Box 2009
Lafayette, La 70502

| Qty | Service Provided | Docket Number | Person Served | Price Each | Amount |
|---|---|---|---|---|---|
| 1 | Rule NISI | C-20160295 M2 | SETH ANTHONY LOUVIERE | 35.00 | 35.00 |
| 1 | Citation | C-20174416 K | ROBERT RAMIREZ | 35.00 | 35.00 |
| 1 | Rule NISI | C-20150683 K | RANDY ISTRE, ET AL | 35.00 | 35.00 |
| 1 | Subpoena Duces Tecum | C-20126142 J | MR. TRINH LANDRY | 35.00 | 35.00 |
| 1 | Special Citation | C-20146370 H1 | GRAVOIS ALUMINUM BOATS, LLC | 35.00 | 35.00 |
| 1 | Notice of Judgment | C-20173756 A1 | KALEB THIBODEAUX | 15.00 | 15.00 |
| 1 | Temporary Restraining Order | C-20174387 H2 | MICHAEL VINCENT THOMAS | 35.00 | 35.00 |
| 1 | Rule NISI | C-20174387 H2 | MICHAEL VINCENT THOMAS | 20.00 | 20.00 |
| 1 | Citation | C-20174483 D | MELINDA R. DAVIS | 35.00 | 35.00 |
| 1 | Citation | C-20174489 C | DYNASTY ENTERPRISES OF LA. | 35.00 | 35.00 |
| 1 | Citation | C-20173184 H1 | PAMELA WILTZ BURZYNSKI | 35.00 | 35.00 |
| 1 | Rule NISI | C-20173184 H1 | PAMELA WILTZ BURZYNSKI | 20.00 | 20.00 |
| 1 | CIVIL NOTICE OF JUDG... | C-20146334 M2 | LANCE LEMAIRE | 35.00 | 35.00 |
| 1 | Rule NISI | C-20040242 H1 | MELISSA TARVIN | 35.00 | 35.00 |
| 1 | Subpoena | C-20154100 F | TAMMY BALCH | 35.00 | 35.00 |
| 1 | Civil Citation | C-201715112 M3 | RAMON MARCEL PAUL | 15.00 | 15.00 |
| 1 | Special Citation | C-20170139 M2 | BERT SIMONEAUX | 15.00 | 15.00 |
| 1 | CIVIL NOTICE OF JUDG... | C-20145357 M3 | JOSE GARCIA | 35.00 | 35.00 |
| 1 | Notice of Filing of Paternity | C-20151275 H3 | DERRICK PAUL MITCHELL | 35.00 | 35.00 |
| 1 | Notice of Hearing Date Citat... | C-20150252 M3 | GEREMY JACOB RUEST | 35.00 | 35.00 |
| 1 | Rule NISI | C-20173852 M3 | MS. LATRESSA BALONEY | 35.00 | 35.00 |
| 1 | Citation | C-20173852 M3 | MS. LATRESSA BALONEY | 20.00 | 20.00 |

Please remit to above address with copy of invoice.
THANK YOU!

**Total**

Iberia Parish Sheriff Department
300 Iberia Street, Suite 120
New Iberia, LA 70560

**INVOICE**

| | |
|---|---|
| Phone Number | (337) 369-3714 |
| Fax Number | (337) 364-8406 |

| | |
|---|---|
| Invoice Date | 10/9/2017 |
| Invoice Number | 200815985 |

Bill To

Lafayette Parish Clerk of Court
P.O. Box 2009
Lafayette, La 70502

| Qty | Service Provided | Docket Number | Person Served | Price Each | Amount |
|---|---|---|---|---|---|
| 1 | Citation | C-20174394 M2 | PAUL PORRIER | 35.00 | 35.00 |
| 1 | Temporary Restraining Order | C-20174394 M2 | PAUL JOSEPH POIRRIER | 35.00 | 35.00 |
| 1 | Rule NISI | C-20174394 M2 | PAUL JOSEPH POIRRIER | 20.00 | 20.00 |
| 1 | Special Citation | C-20174366 H1 | IBERIA PARISH DEPT. FAM. SVCS | 35.00 | 35.00 |
| 1 | Notice of Judgment | C-20146470 M1 | KEISHA RENEE BARRAS | 35.00 | 35.00 |
| 1 | Subpoena For Deposition | C-20171822 B | BRANCE SONNIER | 35.00 | 35.00 |
| 1 | Subpoena Duces Tecum | 2016-6315 DIV. C | BRUDD CONSTRUCTION CO., LLC | 35.00 | 35.00 |
| 1 | Subpoena Duces Tecum for ... | C-20155531 F | BIG CHIEF PAINTING & BLASTING | 15.00 | 15.00 |
| 1 | Subpoena Duces Tecum for ... | C-20151837 G | DR. RYAN VIDRINE/BARCZYK CHIR | 35.00 | 35.00 |
| 1 | Rule NISI | C-20173852 M3 | LATRESSA BOLONEY | 15.00 | 15.00 |
| 1 | Notice of Hearing Date Citat... | C-20173852 M3 | LATRESSA BALONEY | 35.00 | 35.00 |
| 1 | Subpoena | C-20163219 F | TROY SEGURA | 35.00 | 35.00 |
| 1 | Temporary Restraining Order | C-20175540 H1 | COBY JEAN NERO | 35.00 | 35.00 |
| 1 | Rule NISI | C-20175540 H1 | COBY JEAN NERO | 20.00 | 20.00 |
| 1 | Subpoena Duces Tecum for ... | C-20161369 D | C & B BODY SHOP | 35.00 | 35.00 |
| 1 | Temporary Restraining Order | C-20156100 M1 | QAIS ATEF TELFAH | 35.00 | 35.00 |
| 1 | Temporary Restraining Order | C-20172441 B | TYRUNN WALKER | 15.00 | 15.00 |
| 1 | Citation | C-20174904 J | ROGBERTO RAMIREZ | 15.00 | 15.00 |
| 1 | Citation | C-20174685 I | WALTER HAYS | 35.00 | 35.00 |
| 1 | Subpoena | C-20133012 F | DR. DOUGLAS BERNARD | 35.00 | 35.00 |
| 1 | Rule NISI | C-20171702 L | DANIEL M. SPINNER, ET AL | 35.00 | 35.00 |
| 1 | Special Citation | C-20171702 L | DANIEL M. SPILLER, ET AL | 20.00 | 20.00 |
| 1 | Subpoena Duces Tecum for ... | C-20171730 G | ROBERT LAHASKY, MD | 35.00 | 35.00 |

Please remit to above address with copy of invoice.
THANK YOU!

**Total**

Docket Number: C-20175504 B

Brian Keith Easley

I hereby answer this citation: I do not agree with this attempted lawsuit. Also, the assignment of benefits form to be given to Progressive Healthcare Solutions that is dated 02/06/2017 was not signed by myself on this date. I signed all paperwork before the date of surgery that took place on 12/12/2016.

So, I am stating that the true copy of assignment of benefits form, that Erica Jackson, on behalf of Progressive Healthcare Solutions, presented to the court was not signed by me on 02/06/2017.

I signed paperwork with the office manager at Dr. Ilyas Munshi's office before 12/09/2016 because my surgery was 12/12/2016.

I now or never met with or spoke to anyone that worked for Progressive Healthcare Solutions. The only person or persons that I spoke with worked directly with Dr. Ilyas Munshi.

Progressive Healthcare Solutions was always described as a third-party party provider of hardware that was not in association with or affiliated to Dr. Ilyas Munshi until after this assignment of benefits form was submitted as a true copy.

Brian K. Easley
4017 S LEWIS ST,
NEW IBERIA, LA. 70560
337-356-7220

I WILL MAIL A COPY TO THE ATTORNEY



LAFPC.CV.48179576
cc_etwescott

Ordered by Atty.: MARK L. ROSS

# CITATION

**PROGRESSIVE HEALTHCARE**  **FIFTEENTH JUDICIAL DISTRICT COURT**
**SOLUTIONS LLC**

**VS**  **DOCKET NUMBER: C-20175504 B**

**UNITED HEALTHCARE SERVICES LLC,**  **PARISH OF LAFAYETTE, LOUISIANA**
**ET AL**

**STATE OF LOUISIANA**

TO:  UNITED HEALTHCARE SERVICES, INC.
    THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
    CT CORPORATION SYSTEM
    5615 CORPORATE BLVD.
    SUITE 400B
    BATON ROUGE, LA   70808

of the Parish of E BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
    Witness the Honorable Judges of said Court, this SEPTEMBER 27, 2017.

_____
Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:
CC: ATTACHMENT

SHERIFF'S RETURN

LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE      MOVED ( )       NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____ MILEAGE $_____ TOTAL $_____
DEPUTY _____


LAFPC.CV.48179576
cc_etwescott

Ordered by Atty.: MARK L. ROSS

# CITATION

PROGRESSIVE HEALTHCARE SOLUTIONS LLC

VS

UNITED HEALTHCARE SERVICES LLC, ET AL

FIFTEENTH JUDICIAL DISTRICT COURT

DOCKET NUMBER: C-20175504 B

PARISH OF LAFAYETTE, LOUISIANA

---

STATE OF LOUISIANA

TO: UNITED HEALTHCARE SERVICES, INC.
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
CT CORPORATION SYSTEM
5615 CORPORATE BLVD.
SUITE 400B
BATON ROUGE, LA  70808

of the Parish of E BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this SEPTEMBER 27, 2017.

Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:
CC: ATTACHMENT

---

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

I made service on the named party through the CT Corporation

OCT 10 2017
by tendering a copy of this document to
☐ Jeannine Beauregard  ☑ Brenna Beauregard
☐ Allison Reed
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

DATE SERVED: _____, 20_____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE     MOVED ( )     NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____ MILEAGE $_____ TOTAL $_____
DEPUTY _____

Lafayette Parish Clerk of Court
Filed This Day

OCT 3 0 2017

Deputy Clerk of Court