RECEIVED
FEB - 7 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Progressive Healthcare Solutions LLC | Civil Action No. 6:17-cv-01452 |
| versus | Unassigned District Judge |
| United Healthcare Services Inc et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo, independent, review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion To Remand filed by Plaintiff, Progressive Healthcare Solutions LLC [Rec. Doc. 5] is **GRANTED** and this action is remanded to the 15th Judicial District Court, Parish of Lafaytte.

Signed at Alexandria, Louisiana, on this 7 day of February, 2018.

Dee D. Drell
United States District Judge